# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# BENTON DIVISION

| | |
|---|---|
| BRUMATE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FROST BUDDY LLC, <br><br> Defendant. | Civil Action No. 3:24-cv-02043-NJR |

### PLAINTIFF'S MOTION TO DISMISS, WITHOUT PREJUDICE, DEFENDANT'S COUNTERCLAIMS FOR FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. 12(b)(6)

Brumate, Inc. ("Plaintiff") respectfully moves the Court to dismiss each of the counterclaims asserted by Frost Buddy LLC ("Defendant"), without prejudice, under Fed. R. Civ. P. 12(b)(6). With regard to each counterclaim, Defendant has failed to provide even the slightest explanation of how the products at issue do not infringe or why Plaintiff's patent and copyrights are allegedly invalid, as further detailed in the brief submitted herewith. Accordingly, each of Defendant's counterclaims should be dismissed.

WHEREFORE, Plaintiff respectfully requests that the Court dismiss Defendant's counterclaims, without prejudice, and for all other just and proper relief.

Respectfully submitted,

s/*Bradley M. Stohry*
Bradley M. Stohry
Mark C. Reichel
REICHEL STOHRY DEAN LLP
6151 Central Ave
Indianapolis, IN 4622-
p: (317) 501-2891
e: brad@rsindy.com, mark@rsindy.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*s/Bradley M. Stohry*
Bradley M. Stohry